| **Return** | | |
|---|---|---|
| Case No:<br><br>22 MJ 202 | Date and time warrant executed:<br><br>12/14/2022 11:00AM | Copy of warrant and inventory left with:<br><br>USPIS, FBI |
| Inventory made in the presence of:<br><br>USPIS, FBI | | |
| Inventory of the property taken and/or name of any person(s) seized:<br>Provided historical cell record data | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge. |

Date: 1/23/2023

*Executing officer's signature*

Kimberly Lincoln, US Postal Inspector
*Printed name and title*

~~Subscribed, sworn to, and returned before me this date:~~

~~Date:~~ _____

~~United States Magistrate Judge~~